## FRED HOGAN v. THE STATE.

No. 23986. Delivered March 31, 1948.
Rehearing Denied April 21, 1948.

R. H. Dent, of Hemphill, for appellant.

L. E. King, County Attorney, Sabine County of Hemphill, and Ernest S. Goens, State's Attorney, of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was assessed a penalty of $50.00 fine and thirty days in jail on a charge of aggravated assault.

This is a companion case to Cause No. 23,984, Clegg v. State, this day decided, and presents exactly the same questions there discussed, to which reference is here made.

The judgment of the trial court is affirmed.

ON MOTION FOR REHEARING.

KRUEGER, Judge.

In his motion for a rehearing, appellant asserts that the same errors were committed in this case as in the case of Edward Clegg, No. 23,984, on the docket of this Court. (Page 580 of this volume.)

What we have said in our opinion in disposing of the motion for rehearing in the Clegg case disposes of the motion for a rehearing in this case.

The motion for rehearing is overruled.

Opinion approved by the Court.